FILED
CLERK, U.S. DISTRICT COURT
OCT 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,       )<br>                            )<br>       vs.                  )<br> HRAIR MANSURIAN             )<br>            Defendant.       )<br>_____) | Case No.: 05-21-ODW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>DEFENDANT DID NOT OFFER EVIDENCE TO SUSTAIN BURDEN</u>

and/or

B. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: DEFENDANT DID NOT OFFER EVIDENCE TO SUSTAIN BURDEN

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: OCTOBER 22, 2013

*Carla M. Woehrle*
HON CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE